1

2

3

4

5                      UNITED STATES DISTRICT COURT

6                      EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 7 | RAYMOND K. PIERCE, et al., )<br>                                  ) | Case No. 2:15-CV-00398 GEB-KJN |
| 8 |           Plaintiffs,            )<br>                                  ) | **RELATED CASE ORDER** |
| 9 |      v.                          )<br>                                  ) | |
| 10 | CARMICHAEL CARE, INC., a Nevada  )<br>corporation, et al.,          ) | |
| 11 |                                  ) | |
| 12 |           Defendants.           )<br>JANET ZAGON by and through her  ) | |
| 13 | successor-in-interest, et al.,   )<br>                                  ) | |
| 14 |           Plaintiffs,            ) | Case No. 2:15-CV-00387 JAM-AC |
| 15 |      v.                          )<br>                                  ) | |
| 16 | SUMMERVILLE AT HAZEL CREEK, LLC  )<br>dba EMERITUS AT HAZEL CREEK, et ) | |
| 17 | al.,                             )<br>                                  ) | |
| 18 |           Defendants.           )<br>JACK HOWARTH, individually, et  ) | |
| 19 | al.,                             )<br>                                  ) | Case No. 2:15-CV-00409 JAM-AC |
| 20 |           Plaintiffs,            )<br>                                  ) | |
| 21 |      v.                          )<br>                                  ) | |
| 22 | COTTONWOOD H.C., INC. dba        )<br>COTTONWOOD HEALTHCARE CENTER, et ) | |
| 23 | al.,                             )<br>                                  ) | |
| 24 |           Defendants.           )<br>EDWARD GOLDMAN, by and through his ) | |
| 25 | success-in-interest, et al.,     )<br>                                  ) | |
| 26 |           Plaintiffs,            )<br>      v.                          ) | Case No. 2:15-CV-00432 JAM-AC |
| 27 | CARMICHAEL CARE AND REHABILITATION )<br>CENTER, et al.,                 ) | |
| 28 |                                  )<br>           Defendants.           ) | |

1

1    Examination of the above-entitled actions reveals that these

2  actions are related within the meaning of Local Rule 123 (E.D. Cal.

3  2005). Accordingly, the assignment of the matters to the same judge

4  and magistrate judge is likely to affect a substantial savings of

5  judicial effort and is also likely to be convenient for the

6  parties.

7    The parties should be aware that relating the cases under

8  Local Rule 123 merely has the result that these actions are

9  assigned to the same judge and magistrate judge; no consolidation

10 of the actions is effected.  Under the regular practice of this

11 court, related cases are generally assigned to the judge and

12 magistrate judge to whom the first filed action was assigned.

13    IT IS THEREFORE ORDERED that the action denominated 2:15-CV-

14 00398 GEB-KJN be reassigned to Judge John A. Mendez and Magistrate

15 Judge Allison Claire for all further proceedings, and any dates

16 currently set in this reassigned case only are hereby VACATED.

17 Henceforth, the caption on documents filed in the reassigned cases

18 shall be shown as 2:15-CV-00398 JAM-AC.

19    IT IS FURTHER ORDERED that the Clerk of the Court make

20 appropriate adjustment in the assignment of civil cases to

21 compensate for this reassignment.

22    IT IS SO ORDERED.

23 Dated:  March 24, 2015          /s/ John A. Mendez_____
                                   JOHN A. MENDEZ
24                                 United States District Court Judge

25

26

27

28

2