JAY P. RENNEISEN (STATE BAR NO. 173531)
jpr@renneisenlaw.com
LAW OFFICES OF JAY P. RENNEISEN
1414 K Street, Suite 470
Sacramento, CA  95814
Telephone Main Office:  1-916-442-6000
Telephone Direct:  1-916-520-3980
Facsimile:  1-916-448-6401

NORMAN C. HILE (STATE BAR NO. 57299)
nhile@orrick.com
MARC A. LEVINSON (STATE BAR NO. 57613)
malevinson@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
400 Capitol Mall, Suite 3000
Sacramento, California  95814-4497
Telephone:     +1-916-447-9200
Facsimile:     +1-916-329-4900

Attorneys for Plaintiffs
Jack Howarth and Linda Gottfredson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JACK HOWARTH, individually, and LINDA GOTTFREDSON, individually,<br><br>Plaintiff(s),<br><br>v.<br><br>COTTONWOOD H.C., INC. dba COTTONWOOD HEALTHCARE CENTER; NORTH AMERICAN HEALTH CARE, INC.; JOHN SORENSEN; JAMES ELLIS-SHERINIAN; KAREN NIVISION; RITA HERNANDEZ; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:15-CV-409- JAM-AC<br><br>**STIPULATION TO EXTEND DEADLINE TO SUBMIT JOINT STATUS REPORT FROM APRIL 21, 2015 TO JULY 6, 2015; ORDER**<br><br>Date:  May 6, 2015<br>Time:  9:30 a.m.<br>Ctrm:  6, 14th Floor<br>Judge:  Hon. John A. Mendez |

**RECITALS**

The Court's Order Requiring Joint Status Report [Dkt. No. 7] (the "Order") compels the Plaintiffs and the Defendants (together, the "Parties") to submit a joint status report within 60 days of the February 20, 2015 removal of this action.  As a result, the deadline for the Parties to submit a joint status report is April 21, 2015.

Plaintiffs filed a Motion to Remand ("Motion") on March 23, 2015.  Plaintiffs selected a hearing date of May 6, 2015, the earliest available hearing date on the Court's calendar.  Defendants oppose the Motion.

The Court's ruling on the Motion may render the submission of a joint status report moot, because if the Court grants the Motion, no joint status report will be necessary.

In order to avoid unnecessary expense, the Parties wish to extend the deadline for submitting a joint status report from April 21, 2015 to and including July 6, 2015 (60 days after the May 6 hearing on the Motion).  This is the first request for an extension of this deadline.

**STIPULATION**

The Parties hereby stipulate to an extension of the deadline for submitting a joint status report from April 21, 2015 to and including July 6, 2015.

Dated: April 6, 2015                    JAY P. RENNEISEN
                                        Law Offices of Jay P. Renneisen

                                        NORMAN C. HILE
                                        MARC A. LEVINSON
                                        Orrick, Herrington & Sutcliffe LLP

                                        By:  _____/s/ Norman C. Hile_____
                                            NORMAN C. HILE
                                            Attorneys for Plaintiffs

Dated: April 6, 2015                    KRIKOR J. MESHEFEJIAN
                                        Levene, Neale, Bender, Yoo & Brill L.L.P.

                                        By: */s/ Krikor J. Meshefejian* (as authorized on 4/6/15)
                                            KRIKOR J. MESHEFEJIAN
                                            Attorneys for Defendants

1  **GOOD CAUSE HAVING BEEN SHOWN**, the Court orders that the deadline for the Parties to submit a joint status report be extended from April 21, 2015, to and including July 6, 2015.

**IT IS SO ORDERED.**

Dated: April 6, 2015

/s/ John A. Mendez_____
Hon. John A. Mendez
United States District Court Judge