1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDDIE WILSON, by and through SANDRA TYLER, an interested person, et al., | ) ) ) | Case No. 2:15-cv-00399 MCE-KJN **RELATED CASE ORDER** |
| Plaintiffs, v. | ) ) ) | |
| CARMICHAEL CARE AND REHABILITATION CENTER, et al., | ) ) ) | |
| Defendants. | ) ) | |
| RAYMOND K. PIERCE, et al., | ) ) | Case No. 2:15-cv-00398 JAM-AC |
| Plaintiffs, v. | ) ) ) ) | |
| CARMICHAEL CARE, INC., a Nevada corporation, et al., | ) ) ) | |
| Defendants. | ) ) | |
| JANET ZAGON by and through her successor-in-interest, et al., | ) ) ) | Case No. 2:15-cv-00387 JAM-AC |
| Plaintiffs, v. | ) ) ) ) | |
| SUMMERVILLE AT HAZEL CREEK, LLC dba EMERITUS AT HAZEL CREEK, et al., | ) ) ) ) | |
| Defendants. | ) ) | |

1

| | |
|---|---|
| JACK HOWARTH, individually, et al., | Case No. 2:15-cv-00409 JAM-AC |
| Plaintiffs, | |
| v. | |
| COTTONWOOD H.C., INC. dba COTTONWOOD HEALTHCARE CENTER, et al., | |
| Defendants. | |
| EDWARD GOLDMAN, by and through his success-in-interest, et al., | Case No. 2:15-cv-00432 JAM-AC |
| Plaintiffs, | |
| v. | |
| CARMICHAEL CARE AND REHABILITATION CENTER, et al., | |
| Defendants. | |
| ESSIE CHANDLER, et al., | Case No. 2:15-cv-00411 JAM-AC |
| Plaintiffs, | |
| v. | |
| CARMICHAEL CARE, INC., a Nevada corporation, et al., | |
| Defendants. | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated Case No. 2:15-cv-00399 MCE-KJN be reassigned to Judge John A. Mendez and Magistrate Judge Allison Claire for all further proceedings, and any dates currently set in this reassigned case <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:15-cv-00399 JAM-AC.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  April 14, 2015          /s/ John A. Mendez_____
                                JOHN A. MENDEZ
                                United States District Court Judge